No. 1163. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John N. Crudup* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 1164. IN RE SEVERINO. Sup. Ct. Ohio. Certiorari denied. *James C. Britt* for petitioner.

No. 1168. PARISH *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *George W. Shadoan* and *Frederick T. Stant, Jr.,* for petitioner.

No. 1171. RICCIARDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *George Wolf* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1176. MULLINS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1178. SAIGH ET AL. EX REL. ANHEUSER-BUSCH, INC. *v.* BUSCH. St. Louis Ct. App. Certiorari denied. *Lon Hocker* for petitioners. *Mark D. Eagleton, Thomas F. Eagleton* and *Albert J. Stephan, Jr.,* for respondent.

No. 1344, Misc. BARTLAM *v.* LAVALLEE, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.